FILED

Name: **Muhammad Adom**
Address: **26350 Bay ave**
**Moreno Valley, CA 92555**
Phone: **310 - 340 - 4415**

Plaintiff In Pro Per

2021 APR 21  PM 2: 47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY ___AP___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

EDCV21 - 00711 - JFW (KES)

**Muhammad Adom ,**
**PLAINTIFF,**

vs.

**The City of Los Angeles**

**DEFENDANT(S).**

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: _____
(To be supplied by the Clerk)

**COMPLAINT FOR:**
_____
_____
_____
_____
_____

**Jury Trial Demanded**

## I. JURISDICTION

1. This Court has jurisdiction under **Federal question**
**Subject matter**
_____
_____
_____
_____
_____

Pro Se Clinic Form

*Page Number*

1
2

## II. VENUE

3   2. Venue is proper pursuant to   Eastern Division
4   I Muhammad Adom reside in Riverside, CA
5
6
7
8

## III. PARTIES

9
10
11
12   3.   Plaintiff's name is   Muhammad Adom . Plaintiff resides
13   at:
14
15
16
17
18   4. Defendant   The City of Los Angeles
19
20
21
22
23
24   5. Defendant   Bryan Tahuite
25
26
27
28

Pro Se Clinic Form                    *Page Number*

# IV. STATEMENT OF FACTS

*Insert ¶ #* On March 12th, 2020 at approximately 0103 hours I Muhammad Adom was detained by Officer Bryan Tahuite for allegedly violating vehicle code 26708 vc.

*Insert ¶ #* Once the stop was initiated, I Muhammad Adom was immediately instructed to exit my vehicle and to walk backwards with my hands in the air while at gunpoint

*Insert ¶ #* Once I Muhammad Adom was secured by another officer on scene for their safety, Instead of conducting the traffic stop Officer Bryan Tahuite decided to conduct a protective sweep of my vehicle, which was followed by a search without a search warrant nor consent.

*Insert ¶ #* Once I Muhammad Adom was arrested and secure inside the police unit, Officer Bryan Tahuite intended to plant money on my behalf and orchestrate a false statement involving the passenger of my car Semas McNeese, which I Muhammad Adom could have been criminally prosecuted for.

*Insert ¶ #*

*Insert ¶ #*

1

2

## V. CAUSES OF ACTION

3

4

### FIRST CAUSE OF ACTION

5

6  ( Unlawful Detention )

*insert title of cause of action*

7  (As against Defendant(s): The City of Los Angeles

8  )

9

10  *Insert ¶ #*  I Muhammad Adam was

11  detained at 1:03am for allegedly violating

12  vehicle code 26708 vc

13

14

15

16  *Insert ¶ #*  With many inadequacies

17  and discrepancies surrounding the

18  allegation deems the Detention Unlawful.

19

20

21

22

23  *Insert ¶ #*

24

25

26

27

28

Pro Se Clinic Form                    *Page Number*

## SECOND CAUSE OF ACTION

( ___Unreasonable Search and Seizure_ )

*insert title of cause of action*

**(As against Defendant(s):** The City of Los Angeles

_____ )

*Insert ¶ #*  I Muhammad Adom was subjected to an unreasonable search and seizure due to lack of consent and lack of court ordered search warrant.

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form                    *Page Number*

1
2

**THIRD CAUSE OF ACTION**

( Excessive force )
*insert title of cause of action*

3   **(As against Defendant(s):** The City of Los Angeles

4   )

5
6
7   *Insert ¶ #*   I Muhammad Adom was

8   subjected to excessive force by

9   Officer Bryan Tahuite and Officer Placek

10  (43812) when both officers held me and the

11  occupant of my vehicle at gunpoint during

12  the traffic stop.

13  *Insert ¶ #*   I Muhammad Adom was

14

15  ordered to exit my vehicle at gunpoint

16  and to walk backwards towards

17  Officer Bryan Tahuite.

18
19
20  *Insert ¶ #*
21
22
23
24
25
26
27
28

Pro Se Clinic Form                     *Page Number*

**FOURTH CAUSE OF ACTION**

( Racial Discrimination )
*insert title of cause of action*

(As against Defendant(s): The City of Los Angeles
)

*Insert ¶ #*   I Muhammad Adam was a victim of racially motivated targeting due to the bias policing and racial disparities exhibited by the Los Angeles Police Department.

*Insert ¶ #*   Officer Bryan Tahuite intended to orchestrate a false testimony on behalf of suspected criminal activity due to racial profing and the demographics.

*Insert ¶ #*

## VI. **REQUEST FOR RELIEF**

WHEREFORE, the Plaintiff requests: Compensatory Damages, punitive Damages

*Insert ¶ #* _____ I Muhammad Adam is currently suffering from a severe case of PTSD, anxiety and emotional distress due to the nature of the traffic stop.

*Insert ¶ #* _____ I Muhammad have suffered severe consequential losses due to my incarceration, bail, impoundment of Vehicle and suspension of job.

*Insert ¶ #* _____ I Muhammad Adam am requesting punitive damages in the nature of correcting raicially biased policing and preventing future incidents.

*Insert ¶ #* _____

## VII. **DEMAND FOR JURY TRIAL**

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 4/18/2021

Sign:

Print Name: Muhammad Adom

Plaintiff in pro per