O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD ADOM, | Case No. 5:21-cv-00711-JFW-KES |
| Plaintiff, | |
| v. | ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| THE CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Amended Report and Recommendation of the United States Magistrate Judge (Dkt. 69). Further, the Court has engaged in a de novo review of those portions of the Amended Report and Recommendation to which objections (Dkt. 71) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion for Summary Judgment (Dkt. 49) is GRANTED.

DATED:  June 12, 2023

_____

JOHN F. WALTER

UNITED STATES DISTRICT JUDGE