JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD ADOM, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. 5:21-cv-00711-JFW-KES <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Amended Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Defendants' motion for summary judgment (Dkt. 49) is **granted**. Judgment is entered for Defendants and against Plaintiff.

DATED: June 12, 2023

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE